[No. 2480–3.   Division Three.   June 20, 1978.]

JESS A. JAMESON, ET AL, *Appellants,* v. PHIL
McGEE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant
County, No. 25159, B. J. McLean, J., entered June 15, 1977.
*Affirmed* by unpublished opinion per Roe, J., concurred in
by McInturff and James, JJ.

[No. 2375–3.   Division Three.   June 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS
JIMINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 18786, Blaine Hopp, Jr., J., entered
March 29, 1977. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2652–2.   Division Two.   June 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK
LLOYD RUSHING, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–2645, Gerald B. Chamberlin, J., entered
October 25, 1976. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Reed and Soule, JJ.